

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Anthony Gene Dunn, Appellant

No. 06-24-00193-CR      v.

The State of Texas, Appellee

Appeal from the 30th District Court of Wichita County, Texas (Tr. Ct. No. DC30-CR2024-0153). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. While we affirm Dunn's conviction, we reverse the trial court's judgment because it contains an illegal sentence, and we remand the case to the trial court for a new punishment trial.

We note that the appellant, Anthony Gene Dunn, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 25, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk